**COUCOULAS/KNIGHT PROPERTIES, LLC v. TOWN OF HILLSBOROUGH**

[364 N.C. 127 (2010)]

that brings the judicial office into disrepute in violation of N.C.G.S. § 7A-376(b). In consequence of his removal, Respondent is disqualified from holding further judicial office and is ineligible for retirement benefits. N.C.G.S. § 7A-376(b).

Chief Justice PARKER did not participate in the consideration or decision of this case.

———————

COUCOULAS/KNIGHT PROPERTIES, LLC v. TOWN OF HILLSBOROUGH, A NORTH CAROLINA MUNICIPALITY, AND ITS BOARD OF COMMISSIONERS

No. 404A09

(Filed 15 April 2010)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 199 N.C. App. ——, 683 S.E.2d 228 (2009), reversing orders and judgments entered on 1 April 2008 by Judge Donald W. Stephens in Superior Court, Orange County. Heard in the Supreme Court on 22 March 2010.

*Brown & Bunch, PLLC, by LeAnn Nease Brown, for plaintiff/petitioner-appellant.*

*Brough Law Firm, by Robert E. Hornik, Jr., for defendant/respondent-appellees.*

PER CURIAM.

AFFIRMED.

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Berardi v. Craven Cty. School Dist.<br><br>Case below:<br>196 N.C. App. ——<br>(21 April 2009) | No. 213P09 | Defs' PDR Under N.C.G.S. § 7A-31 (COA08-920) | Denied 4/14/10 |
| Brown v. Meter<br><br>Case below:<br>199 N.C. App. ——<br>(18 August 2009) | No. 392P09 | 1. Defs' (Goodyear Luxembourg Tires, SA, Goodyear Lastikleri T.A.S. and Goodyear Dunlop Tires France, SA) NOA Based Upon a Constitutional Question (COA08-944)<br><br>2. Plts' Motion to Dismiss Appeal<br><br>3. Defs' (Goodyear Luxembourg Tires, SA, Goodyear Lastikleri T.A.S. and Goodyear Dunlop Tires France, SA) PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br><br><br><br>2. Allowed 4/14/10<br><br>3. Denied 4/14/10 |
| Coventry Woods Neighborhood Ass'n v. City of Charlotte<br><br>Case below:<br>202 N.C. App. ——<br>(2 February 2010) | No. 099A10 | 1. Plts' NOA Based Upon a Constitutional Question (COA09-611)<br><br>2. Defs' Joint Motion to Dismiss Appeal | 1. ——<br><br>2. Allowed 4/14/10 |
| Duplin Cty. Bd. of Educ. v. Duplin Cty. Bd. of Cty. Comm'rs<br><br>Case below:<br>201 N.C. App. ——<br>(17 November 2009) | No. 522P09 | 1. Def's NOA Based Upon a Constitutional Question (COA09-397)<br><br>2. Plt's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br><br>2. Allowed 4/14/10<br><br>3. Denied |
| Griffith v. Keller<br><br>Case below:<br>202 N.C. App. ——<br>(3 March 2010) | No. 117P10 | Plt's NOA Based Upon a Constitutional Question (COA09-1045) | Dismissed *Ex Mero Motu* 4/14/10 |
| Harleysville Mut. Ins. Co. v. Buzz Off Insect Shield<br><br>Case below:<br>190 N.C. App. 28 | No. 272A08 | Def's (International Garment Tech.) Motion to Dismiss Appeal of Harleysville and Erie Ins. as to Question Two and to Strike Briefing in Support of Same (COA07-1002) | Denied 4/14/10 |
| Hawkins v. SSC Hendersonville Operating Co., LLC<br><br>Case below:<br>202 N.C. App. ——<br>(3 March 2010) | No. 112P10 | Plt-Appellant's Motion for Temporary Stay (COA09-23) | Allowed 03/17/10 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Hewett v. Weisser<br><br>Case below:<br>201 N.C. App. ——<br>(8 December 2009) | No. 529P09 | 1. Defs' (Weisser) PDR Under N.C.G.S. § 7A-31 (COA08-1563)<br><br>2. Plt's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied 4/14/10<br><br>2. Dismissed as Moot 4/14/10 |
| Holland v. Horne<br><br>Case below:<br>202 N.C. App. ——<br>(19 January 2010) | No. 083P10 | 1. Plts' PDR Under N.C.G.S. § 7A-31 (COA09-399)<br><br>2. Plts' PWC to Review the Decision of the COA | 1. Denied 4/14/10<br><br>2. Denied 4/14/10 |
| In re D.Y., B.M.T., J.A.T.<br><br>Case below:<br>202 N.C. App. ——<br>(19 January 2010) | No. 079P10 | Petitioners' (Cumberland Co. DSS & GAL) PDR Under N.C.G.S. § 7A-31 (COA09-1087) | Denied 4/14/10 |
| In re J.A.G.<br><br>Case below:<br>202 N.C. App. ——<br>(2 February 2010) | No. 069P10 | State's Motion for Temporary Stay (COA09-462) | Allowed 02/22/10 |
| In re M.L.T.H.<br><br>Case below:<br>200 N.C. App. ——<br>(3 November 2009) | No. 497P09 | Appellant's (State of NC) Motion for Temporary Stay (COA08-1569) | Allowed 12/08/09 |
| State v. Belk<br><br>Case below:<br>201 N.C. App. ——<br>(8 December 2009) | No. 530P09 | 1. State's Motion for Temporary Stay (COA09-187)<br><br><br>2. State's Petition for Writ of Supersedeas<br><br>3. State's PDR | 1. Allowed 12/28/09 363 N.C. 856 Stay Dissolved 04/14/10<br><br>2. Denied 4/14/10<br><br>3. Denied 4/14/10 |
| State v. Coleman<br><br>Case below:<br>200 N.C. App. ——<br>(3 November 2009) | No. 484P09 | Def's PDR Under N.C.G.S. § 7A-31 (COA09-307) | Denied 4/14/10 |
| State v. Fowler<br><br>Case below:<br>197 N.C. App. ——<br>(19 May 2009) | No. 262P09 | 1. Def's NOA Based Upon a Constitutional Question (COA08-652)<br><br>2. State's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31<br><br>4. State's Conditional PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed 4/14/10<br><br>3. Denied 4/14/10<br><br>4. Dismissed as Moot 4/14/10 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Freeman<br><br>Case below:<br>202 N.C. App. ——<br>(3 March 2010) | No. 113P10 | State's Motion for Temporary Stay<br>(COA09-774) | Allowed<br>03/18/10 |
| State v. Jackson<br><br>Case below:<br>202 N.C. App. ——<br>(16 February 2010) | No. 120P10 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA09-692) | Denied<br>4/14/10 |
| State v. Jenkins<br><br>Case below:<br>202 N.C. App. ——<br>(2 February 2010) | No. 068P10 | State's Motion for Temporary Stay<br>(COA09-546) | Allowed<br>02/19/10 |
| State v. Lewis<br><br>Case below:<br>202 N.C. App. ——<br>(2 February 2010) | No. 106P10 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA09-662) | Denied<br>4/14/10 |
| State v. Meadows<br><br>Case below:<br>201 N.C. App. ——<br>(5 January 2010) | No. 029P10 | State's Motion for Temporary Stay<br>(COA08-1576) | Allowed<br>01/19/10 |
| State v. Mumford<br><br>Case below:<br>201 N.C. App. ——<br>(5 January 2010) | No. 032P10 | State's Motion for Temporary Stay<br>(COA09-300) | Allowed<br>01/22/10 |
| State v. Neville<br><br>Case below:<br>202 N.C. App. ——<br>(19 January 2010) | No. 088P10 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA09-412) | Denied<br>4/14/10 |
| State v. Paige<br><br>Case below:<br>202 N.C. App. ——<br>(16 February 2010) | No. 129P10 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA09-563) | Denied<br>4/14/10 |
| State v. Patton<br><br>Case below:<br>Richmond County<br>Superior Court | No. 312PA09 | Def's PWC to Review Order of Richmond County Superior Court | Allowed, remanded for reconsideration in light of State v. Daniel Easley Defoe (161PA09) filed 15 April 2010 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Riley<br><br>Case below:<br>202 N.C. App. ——<br>(2 February 2010) | No. 147P10 | Def's Motion for Temporary Stay<br>(COA09-643) | Allowed<br>04/08/10 |
| State v. Roughton<br><br>Case below:<br>201 N.C. App. ——<br>(22 December 2009) | No. 009P10 | State's Motion for Temporary Stay<br>(COA09-536) | Allowed<br>01/12/10 |
| State v. Singleton<br><br>Case below:<br>201 N.C. App. ——<br>(5 January 2010) | No. 051P10 | State's PDR Under N.C.G.S. § 7A-31<br>(COA09-263) | Allowed<br>4/14/10 |
| State v. Smith<br><br>Case below:<br>202 N.C. App. ——<br>(19 January 2010) | No. 085P10 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA09-565) | Denied<br>4/14/10 |
| State v. Smith<br><br>Case below:<br>202 N.C. App. ——<br>(19 January 2010) | No. 058P10 | State's Motion for Temporary Stay<br>(COA09-467) | Allowed<br>02/05/10 |
| State v. Thomas<br><br>Case below:<br>202 N.C. App. ——<br>(2 February 2010) | No. 096P10 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA09-826) | Denied<br>4/14/10 |
| State v. Via<br><br>Case below:<br>197 N.C. App. ——<br>(2 June 2009) | No. 274P09 | 1. Def's NOA Based Upon a Constitutional Question<br><br>2. State's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31<br>(COA08-1147) | 1. ——<br><br>2. Allowed<br>4/14/10<br><br>3. Denied<br>4/14/10 |
| State v. White<br><br>Case below:<br>Crave County<br>Superior Court | No. 505P96-2 | Def's Petition for Writ of Mandamus | Dismissed<br>4/14/10 |
| State v. Williams<br><br>Case below:<br>201 N.C. App. ——<br>(5 January 2010) | No. 033P10 | State's Motion for Temporary Stay<br>(COA08-1334) | Allowed<br>01/22/10 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| Thompson v. N.C. Respiratory Care Bd.<br><br>Case below:<br>202 N.C. App. ——<br>(2 February 2010) | No. 104P10 | Plt's PDR Under N.C.G.S. § 7A-31 (COA09-599) | Denied 4/14/10 |
|---|---|---|---|